OFFICIAL FORM 7

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re

**John K Buck**

Chapter 7

Bankruptcy No.

Debtor(s)

DECLARATION RE: ELECTRONIC FILING

PART I - DECLARATION

I **John K Buck**
hereby declare(s) under penalty of perjury that all of the information contained in my _____ (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice. *Voluntary petition, Summary of Schedules, Schedules A-J, Statement of Financial Affairs, Statement of Intention, Statistical Summary of Certain Liabilities, Form B22, Statement of Current Monthly Income, Disclosure of Attorney Compensation, Statement of Social Security.*

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: 6/15/07        Signed: *John Buck*
                              (Affiant)

PART II - DECLARATION OF ATTORNEY: (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed R. Bankr.P. 9011. I have reviewed and will comply with provisions of MEFR 7.

Dated: 6/15/07        Signed: _____
                              Attorney for Affiant

(Official Form 1) (10/05)

| United States Bankruptcy Court<br>District of Massachusetts | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Buck, John K | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>2823 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State)<br>28 West Meadow<br>Haverhill, Ma.<br>ZIPCODE 01832 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Essex | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>260 Haverhill Street<br>Lawrence, Ma.<br>ZIPCODE 01841 | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor (Form of Organization)** (Check one box.)
- ☑ Individual (includes Joint Debtors)
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
State type of entity: ____

**Nature of Business** (Check all applicable boxes)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3).

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☑ Consumer/Non-Business
- ☐ Business

**Filing Fee** (Check one box)
- ☑ Full Filing Fee Attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors:
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets:
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts:
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05) FORM B1, Page 2

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): **John K Buck** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _[signature]_  6/13/07
Signature of Attorney for Debtor(s)    Date
**Barry Richmond**

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Certification Concerning Debt Counseling by Individual/Joint Debtor(s)**

☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances (Must attach certification describing.)

**Information Regarding the Debtor (Check the Applicable Boxes)**
Venue (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
Check all applicable boxes.

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of this petition.

(Official Form 1) (10/05)

FORM B1, Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): John K Buck |
|---|---|

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition]- I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signed] John Buck*
Signature of Debtor    John K Buck

X Not Applicable
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

6/13/07
Date

**Signature of Attorney**

X *[signed] Barry Richmond*
Signature of Attorney for Debtor(s)

Barry Richmond,
Printed Name of Attorney for Debtor(s) / Bar No.

Law Office of Barry Richmond
Firm Name

210 Washington Street Woburn, Ma.
Address

781-935-2143            781-935-2144
Telephone Number

6/13/07
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X Not Applicable
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Signature of a Foreign Representative of a Recognized Foreign Proceeding**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. A certified copy of the order granting recognition is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C.§110 setting a maximum fee for services chargeable by bankruptcy petition prepares, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

Not Applicable
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Address

X Not Applicable
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Account Solutions Group
205 Bryant Woods South
Amherst, NY. 14228


AMO Recoveries
3120 McDougall Avenue
Everett, WA. 98201


Aspire
Payment Processing
P.O. Box 23007
Columbus, GA. 31902-3007


Betterway Industrial Gases
185 Lowell Road
Hudson, NH.  03051


Cambece Law Office
800 Turnpike Street
North Andover, MA. 01845


Capital One Bank
P.O. Box 70885
Charlotte, NC. 28272-0885


Capital One, F.S.B.
P.O. Box 70885
Charlotte, NC. 28272-0885


Capital One, F.S.B.
P.O. Box 70884
Charlotte, NC. 28272-0884


CBC Mortgage
P.O. Box 163250
Columbus, OH. 43216-3250

Citi Cards
P.O. Box 91600
Albuquerque, NM. 87199


Citibank
C/O NCO Financial Services
507 Prudential Road
Horsham, PA. 19044


Citizen's Bank of New Hampshire
C/O Mirick O'Connell
1700 West Park Drive
Westborough, MA. 01581-3941


Credit Management Servces
9525 Sweet Valley Drive
Valley View, OH. 44125


Creditors Interchange
5230 Washington Street
West Roxbury, MA. 02132


Direct Merchants Bank
Cardmember Services
P.O. Box 21550
Tulsa, OK 74121-1550


Enhanced Recovery Corpooration
P.O. Box 1967
Southgate, MI 48195


Ford Motor Credit
P.O. Box 105704
Atlanta, GA 30348-5704


Gary H. Kreppel, ESQ
1661 Worcester Road
Framingham, Ma. 01701

IRS
Internal Revenue Service Center
P.O. Box 37002
Hartford, CT 06176-0002


John D. Fallon & Robert Grenier
d/b/a/ World Wide Video
C/o Silberstein & Associates
12 Marshall Street
Boston, Ma. 02108


KCA Financial Services
P.O. Box 53
Geneva, IL 60134


LTD Financial Services
7322 Southwest Freeway
Houiston, TX. 77074


M & T Credit Services
One Fountain Plaza
P.O> Box 4005
Buffalo, NY. 14203


MA Department of Revenue
P.O. Box 7002
Boston, Ma. 02204-7002


NCO Financial Services
P.O. Box 61247
Virginia Beach, VA 23466


Northeast Credit Union
P.O> Box 1240
Portsmouth NH. 03802-1240


Pitney Bowes
Purchase Power
P.O. Box 856042
Louisville, KY. 40285-6042

```
Staples Credit Plan
P.O. Box 689020
Des Moines, IA. 50368-9020



Tara Schultz
C/O
McCaffrey Professional Association
163 Water Street P.O. Box 616
Exeter, NH 03833-0616


Toshiba America Info Sys Inc
P.O. Box  642111
Pittsburgh, PA. 15264-2111



Verizon
P.O. Box 1
Worcester, MA. 01654-0001



Washington Mutual
P.O. Box 660487
Dallas, TxX. 75266-0433
```

Official Form 23
(10/05)

# UNITED STATES BANKRUPTCY COURT
## District of Massachusetts

In re  John K Buck                                    Case No. _____

                Debtor                                Chapter  7

## DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*[Complete one of the following statements.]*

☑ I, __John K Buck_____, the debtor(s) in the above-
(Printed Name(s) of Debtor and Joint Debtor, if any)
styled case hereby certify that on __05/29/2007__ I completed an instructional
(Date)
course in personal financial management provided by   __Consumer Credit Counseling Services__
__9009 W Loop S, Suite 700__
__Houston, TX. 77096-1719__
(Name of Provider)
an approved personal financial management instruction provider. If the provider furnished a document attesting to the completion of the personal financial management instructional course, a copy of that document is attached.

☐ I, _____, the debtor(s) in the above-
(Printed Name(s) of Debtor and Joint Debtor, if any)
styled case hereby certify that no personal financial management course is required, because:
*[Check the appropriate box.]*

☐ I am incapacitated or disabled, as defined in 11 U.S.C. § 109(h)

☐ I am on active military duty in a military combat zone; or

☐ I reside in a district in which the United States trustee (or the bankruptcy administrator, if any) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: *John K Buck* (signature)
John K Buck

Date: 6/15/07

Certificate Number: 01267-MA-CC-001951706

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 29, 2007, at 4:40 o'clock PM EDT.

John Buck received from

Money Management International, Inc.

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

District of Massachusetts, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date: May 29, 2007        By _____

Name Star Adams

Title Counselor 1

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).