Form 6- Summ

## United States Bankruptcy Court
## District of Massachusetts

In re  **John K Buck**                                          Case No. _____

                              Debtor                            Chapter    7 _____

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 6 | $ 27.698.00 | | |
| C - Property Claimed as Exempt | YES | 3 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 14,789.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 3 | | $ 19,736.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $ 140,708.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 4,892.13 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 4,851.00 |
| Total | | | $ 27,698.00 | $ 175,233.00 | |

FORM B6A

(10/05)

In re:  **John K Buck**                                                                    Case No. _____

                                        Debtor                                                          (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | Total ➤ | 0.00 | |

(Report also on Summary of Schedules.)

FormB6B
(10/05)

In re   **John K Buck**                                                    Case No.
                              Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |

Form B6B-Cont.
(10/05)

In re   **John K Buck**                                                          Case No. _____

                              Debtor                                                   (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America**<br>**Haverhill, Ma.** | | 789.00 |

Form B6B-Cont.
(10/05)

In re   **John K Buck**                                              Case No.

Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | | | |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Sovereign Bank**<br>**Lawrence, Ma.** | | 3,500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous Furniture** | | 4,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

Form B6B-Cont.
(10/05)

In re    **John K Buck**                                                          Case No. _____

                              Debtor                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6. Wearing apparel. | | **Miscellaneous Clothing** | | **500.00** |
| 7. Furs and jewelry. | | **Miscellaneous Jewelry** | | **400.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | | **Citicorp Global Markets**<br>**53 State Stret**<br>**39th Floor**<br>**Boston, Ma. 02109** | | **973.00** |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | | **USAA**<br>**9800 Fredericksburg Road San Antonio, TX. 78288** | | **2,536.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Form B6B-Cont.
(10/05)

In re    **John K Buck**                                                          Case No. _____

                                    Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Lincoln Haverhill, Ma. 01832 | | 15,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Form B6B-Cont.
(10/05)

In re    **John K Buck**                                                    Case No.

                    Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_5_ continuation sheets attached          Total    ➤    | $ 27,698.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6C
(10/05)

In re **John K Buck**

Case No.

Debtor

(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)

☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$125,000.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2003 Lincoln Haverhill, Ma. 01832 | 11 USC § 522(d)(2) | 211.00 | 15,000.00 |

Form B6C-Cont.
(10/05)

In re   **John K Buck**                                          Case No. _____

Debtor                                                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Bank of America**<br>**Haverhill, Ma.** | **11 USC § 522(d)(5)** | **789.00** | **789.00** |

Form B6C-Cont.
(10/05)

In re   **John K Buck**

Case No. _____

_____
Debtor

(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Citicorp Global Markets 53 State Stret 39th Floor Boston, Ma. 02109** | 11 USC § 522(d)(11)(E) | 973.00 | 973.00 |
| **Miscellaneous Clothing** | 11 USC § 522(d)(3) | 500.00 | 500.00 |
| **Miscellaneous Furniture** | 11 USC § 522(d)(3) | 4,000.00 | 4,000.00 |
| **Miscellaneous Jewelry** | 11 USC § 522(d)(4) | 400.00 | 400.00 |
| **Sovereign Bank Lawrence, Ma.** | 11 USC § 522(d)(5) | 3,500.00 | 3,500.00 |
| **USAA 9800 Fredericksburg Road San Antonio, TX. 78288** | 11 USC § 522(d)(11)(E) | 2,536.00 | 2,536.00 |

FORM B6D
(10/05)

In re:  **John K Buck**                                              **Case No.** _____

Debtor                                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **040836899**<br><br>**Ford Motor Credit**<br>**P.O. Box 105704**<br>**Atlanta, GA 30348-5704** | | | **07/01/2005**<br>**Security Agreement**<br>**2003 Lincoln**<br><br>**VALUE $15,000.00** | | X | | 14,789.00 | 0.00 |

0 Continuation sheets attached

| Subtotal ➤<br>(Total of this page) | $14,789.00 |
|---|---|
| Total ➤<br>(Use only on last page) | $14,789.00 |

(Report total also on Summary of Schedules)

Form B6E -Cont.
(10/05)

In re **John K Buck**

Case No.

(If known)

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

## Type of Priority: Extensions of Credit in an Involuntary Case

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **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**<br><br>**MA Department of Revenue**<br>**P.O. Box 7002**<br>**Boston, Ma. 02204-7002** | | | **04/01/2007**<br>**2005 Taxes** | | X | | 9,618.00 | 9,618.00 |

Sheet no. 1 of 2 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal
(Total of this page)  ➤

| $9,618.00 | $9,618.00 |
|---|---|

Total  ➤
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Form B6E
(10/05)

In re   **John K Buck**                                                    Case No. _____

Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the
parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support
claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☑ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but
before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions
owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding
the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in
11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original
petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11
U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal,
family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11
U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency,
or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of
an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was
intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or
after the date of adjustment.

2  Continuation sheets attached

Form B6E -Cont.
(10/05)

In re   **John K Buck**

Debtor

Case No.

(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    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<br>**IRS**<br>**Internal Revenue Service Center**<br>**P.O. Box 37002**<br>**Hartford, CT 06176-0002** | | | **04/01/2007**<br>**2005 Taxes** | | X | | 10,118.00 | 10,118.00 |

Sheet no. 2 of 2 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤
(Total of this page)

| $10,118.00 | $10,118.00 |
|---|---|

Total ➤
(Use only on last page of the completed Schedule E.)

| $19,736.00 | $19,736.00 |
|---|---|

(Report total also on Summary of Schedules)

Form B6F (10/05)

In re      **John K Buck**                                                          Case No. _____
                                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.      4564-1900-0363-9316 | | | 02/01/2002 | | X | | 4,766.00 |
| Aspire Payment Processing P.O. Box 23007 Columbus, GA. 31902-3007 Cambece Law Office 800 Turnpike Street North Andover, MA. 01845 | | | Credit Card | | | | |
| ACCOUNT NO.      perso | | | 4/05/2004 | | X | | 103.00 |
| Betterway Industrial Gases 185 Lowell Road Hudson, NH. 03051 Credit Management Servces 9525 Sweet Valley Drive Valley View, OH. 44125 | | | Consumer Credit | | | | |
| ACCOUNT NO.      4802-1326-4139-0177 | | | 04/05/2001 | | X | | 12,686.00 |
| Capital One Bank P.O. Box 70885 Charlotte, NC. 28272-0885 Gary H. Kreppel, ESQ 1661 Worcester Road Framingham, Ma. 01701 | | | Credit Card | | | | |
| ACCOUNT NO.      4388-6419-2008-1853 | | | 03/01/2001 | | X | | 408.00 |
| Capital One, F.S.B. P.O. Box 70884 Charlotte, NC. 28272-0884 Account Solutions Group 205 Bryant Woods South Amherst, NY. 14228 | | | Credit Card | | | | |

4   Continuation sheets attached

Subtotal    ➤                    $17,963.00

Total    ➤
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re      **John K Buck**                                                      Case No. _____

                                        Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.      4802-1325-8456-0364 | | | 04/01/1998 | | X | | 4,988.00 |
| Capital One, F.S.B. P.O. Box 70885 Charlotte, NC. 28272-0885 <br><br> Account Solutions Group 205 Bryant Woods South Amherst, NY. 14228 | | | Credit Card | | | | |
| ACCOUNT NO.      4802-1325-8481-6618 | | | 4/01/1998 | | X | | 6,650.00 |
| Capital One, F.S.B. P.O. Box 70885 Charlott⸱⸱, NC. 28272-0885 <br><br> NCO Financial Services P.O. Box 61247 Virgina Beach, VA 23466 | | | Credit Card | | | | |
| ACCOUNT NO.      16A71239 | | | 11/01/2004 | | X | | 1,555.00 |
| CBC Mortgage P.O. Box 163250 Columbus, OH. 43216-3250 | | | Consumer Credit | | | | |
| ACCOUNT NO.      5424180549860846 | | | 04/21/1995 | | X | | 606.00 |
| Citi Cards P.O. Box 91600 Albuquerque, NM. 87199 | | | Credit Card | | | | |
| ACCOUNT NO.      FT8192 | | | 08/01/2003 | | X | | 796.00 |
| Citibank C/O NCO Financial Services 507 Prudential Road Horsham, PA. 19044 | | | Business Credit | | | | |

Sheet no. 1 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                          Subtotal    ➤           $14,595.00
                                                      (Total of this page)

                                                            Total    ➤

                              (Use only on last page of the completed Schedule F.)
                                   (Report also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re   **John K Buck**                                                          Case No. _____
                                        Debtor                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Citizen's Bank of New Hampshire**<br>C/O Mirick O'Connell<br>1700 West Park Drive<br>Westborough, MA. 01581-3941 | | | 02/01/2006<br><br>Consumer Credit | | X | | 53,286.00 |
| ACCOUNT NO.   5458-0022-0661-9712<br><br>**Direct Merchants Bank**<br>Cardmember Services<br>P.O. Box 21550<br>Tulsa, OK 74121-1550<br><br>**Enhanced Recovery Corpooration**<br>P.O. Box 1967<br>Southgate, MI 48195 | | | 07/01/1995<br><br>Credit Card | | X | | 767.00 |
| ACCOUNT NO.   N/A<br><br>**John D. Fallon & Robert Grenier**<br>d/b/a/ World Wide Video<br>C/o Silberstein & Associates<br>12 Marshall Street<br>Boston, Ma. 02108 | | | 02/01/2003<br><br>Small Claim | | | X | 1.00 |
| ACCOUNT NO.   11072269220001<br><br>**M & T Credit Services**<br>One Fountain Plaza<br>P.O> Box 4005<br>Buffalo, NY. 14203<br><br>**Creditors Interchange**<br>5230 Washington Street<br>West Roxbury, MA. 02132 | | | 01/01/2006<br><br>Consumer Credit | | X | | 24,688.00 |
| ACCOUNT NO.   0056446579-0001<br><br>**Northeast Credit Union**<br>P.O> Box 1240<br>Portsmouth NH. 03802-1240 | | | 10/01/2006<br><br>Consumer Credit | | X | | 7,837.00 |

Sheet no. 2 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     ➤
(Total of this page)

Total     ➤
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules)

| $86,579.00 |
|---|

Form B6F - Cont.
(10/05)

In re    **John K Buck**                                    Case No. _____

                              Debtor                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **19234788867** | | | **03/01/1998** | | X | | **75.00** |
| **Pitney Bowes Purchase Power P.O. Box 856042 Louisville, KY. 40285-6042** | | | **Customer Credit** | | | | |
| ACCOUNT NO.  **6035-5178-7248-1451** | | | **10/01/1998** | | X | | **753.00** |
| **Staples Credit Plan P.O. Box 689020 Des Moines, IA. 50368-9020** | | | **Consumer Credit** | | | | |
| ACCOUNT NO.  **7972-2200-0702-4568** | | | **02/01/1998** | | X | | **725.00** |
| **Staples Credit Plan P.O. Box 689020 Des Moines, IA. 50368-9020** **LTD Financial Services 7322 Southwest Freeway Houiston, TX. 77074** | | | **Consumer Credit** | | | | |
| ACCOUNT NO.  **N/A** | | | **08/01/2006** | | | X | **4,877.00** |
| **Tara Schultz C/O McCaffrey Professional Association 163 Water Street P.O. Box 616 Exeter, NH 03833-0616** | | | **Small Clam** | | | | |
| ACCOUNT NO.  **90133360411** | | | **01/01/1995** | | | X | **1,148.00** |
| **Toshiba America Info Sys Inc P.O. Box 642111 Pittsburgh, PA. 15264-2111** | | | **Copier Lease** | | | | |

Sheet no. 3 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      ➤
(Total of this page)

$7,578.00

Total      ➤
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re    **John K Buck**                                                    Case No. _____

                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    60342551554680047 | | | 12/01/1995 | | X | | 632.00 |
| Verizon P.O. Box 1 Worcester, MA. 01654-0001 KCA Financial Services P.O. Box 53 Geneva, IL 60134 | | | Phone Service | | | | |
| ACCOUNT NO.    978-975-2066-232-007 | | | 02/01/1996 | | X | | 918.00 |
| Verizon P.O. Box 1 Worcester, MA. 01654-0001 AMO Recoveries 3120 McDougall Avenue Everett, WA. 98201 | | | Phone Service | | | | |
| ACCOUNT NO.    4121-3729-0007-3361 | | | 08/01/1998 | | X | | 12,443.00 |
| Washington Mutual P.O. Box 660487 Dallas, TxX. 75266-0433 | | | Credit Card | | | | |

Sheet no. 4 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    ▸    $13,993.00
(Total of this page)

Total    ▸    $140,708.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules)

Form B6G
(10/05)

In re: **John K Buck**                                    Case No. _____
                                _____
                        Debtor                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

Form B6H
(10/05)

In re: **John K Buck**
_____
Debtor

Case No. _____
(if known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6I
(10/05)

In re   **John K Buck**                                                    Case No.

Debtor                                                      (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Property Manager** | **CNA** |
| Name of Employer | **Parkside Apartments West** | **Hannah Dustin** |
| How long employed | **8 Months** | **5 Years** |
| Address of Employer | **260 Haverhill Street** **Lawrence, Ma. 01841** | **180 Mammath Road** **Haverhill, Ma. 01832** |

Income: (Estimate of average monthly income)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (Pro rate if not paid monthly.) | $ | 4,333.33 | $ | 1,500.00 |
| 2. Estimated monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 4,333.33 | $ | 1,500.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 941.20 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify) _____ | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 941.20 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 3,392.13 | $ | 1,500.00 |
| 7. Regular income from operation of business or profession or firm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify) _____ | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify) _____ | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | $0.00 | $ | |
| 15. TOTAL MONTHLY INCOME (add amounts shown on lines 6 and 14 | $ | 3,392.13 | $ | 1,500.00 |

16. TOTAL COMBINED MONTHLY INCOME          $ 4,892.13          (Report also on Summary of Schedules)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
NONE

Form B6J
(10/05)

In re  **John K Buck**                                                                     Case No. _____
                              Debtor                                                                        (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate
schedule of expenditures labeled "Spouse".

| | | |
|---|---:|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,423.00 |
| a. Are real estate taxes included?    Yes ✓    No | | |
| b. Is property insurance included?    Yes ____    No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 333.00 |
| b. Water and sewer | $ | 20.00 |
| c. Telephone | $ | 106.00 |
| d. Other **Cable** | $ | 45.00 |
| **Water Heater lease Rental** | $ | 22.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 65.00 |
| 6. Laundry and dry cleaning | $ | 30.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 193.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 25.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 350.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 439.00 |
| b. Other **IRS/DOR Back Tax Payments** | $ | 1,000.00 |
| **Student Loan** | $ | 50.00 |
| 14. Alimony, maintenance or support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 4,851.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---:|---:|
| a. Total monthly income from Line 16 of Schedule I | $ | 4,892.13 |
| b. Total monthly expenses from Line 18 above | $ | 4,851.00 |
| c. Monthly net income (a. minus b.) | $ | 41.13 |

Official Form 6 - Decl.
(10/05)

In re  **John K Buck**                                                                   Case No. _____
                                    Debtor                                                        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**24**_____
(Total shown on summary page plus 1.)

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: ____*6/15/07*____                      Signature: _____
                                                                          John K Buck

                                                              [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.