# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| | ) | |
| John K. Buck | ) | Chapter 13 |
| | ) | Case No. 07-42282-JBR |
| | ) | |
| Debtor(s). | ) | |
| | ) | |
| | ) | |

## ORDER CONFIRMING CHAPTER 13 PLAN

The debtor(s) filed an Amended Chapter 13 Plan (the "Plan") on January 24, 2008.  The debtor(s) filed a Certificate of Service dated  January 24, 2008, reflecting that the Plan was served on all creditors and parties in interest.  No objections to the confirmation of the Plan were filed or all objections were overruled by the Court or resolved by the parties.  Upon consideration of the foregoing, the Court hereby orders the following:

1. The Plan is confirmed.  The term of the Plan is 60 months.

2. The debtors shall pay to the Chapter 13 Trustee the sum of **$715.00**   per month commencing December 25, 2007, which payments shall continue through completion of the Plan and shall be made on the 25th day of each month unless otherwise ordered by the Court.  **Payments shall be made by Money Order or Bank Treasurer's check (personal checks will not be accepted) and shall be made payable to and forwarded to:**

**Chapter 13 Trustee**
**P.O. Box 16607**
**Worcester, MA 01601**

3. The effective date of confirmation of the Plan is December 25, 2007.  The disbursements to be made by the Chapter 13 Trustee pursuant to the confirmed plan are set forth on the attached summary which is incorporated by reference.  Interested parties should consult the detailed provisions of the Plan for treatment of their particular claims and other significant provisions of the Plan.  Pursuant to 11 U.S.C. § 1327, the provisions of the confirmed Plan bind the debtor(s) and all creditors. The conditions for vesting of real property in the debtor(s) are set forth in Section E, Other Provisions, of this order.

*Joel B. Rosenthal*

Dated:                                                                                    12/16/2008
_____ United States Bankruptcy Judge

## SUMMARY OF DISBURSEMENTS TO BE MADE UNDER THE PLAN

### A.  Secured Claims

1.  Modified Secured Claims

The claim of Ford Motor Credit is being modified as follows: the secured claim on the 2003 Lincoln Town Car in the amount of $15,410.93 will be paid over 60 months together with interest at the rate of 8%, for a total secured claim of $18,748.80, in the amount of 312.48 each month.

2.  Unmodified Secured Claims NONE

3.  Real Estate Tax Claims NONE

### B.  Administrative Claims

| | | |
|---|---|---|
| Herbert Weinberg, Esq. | $1,500.00 | 12m |

### C.  Priority Claims

1.  Other Tax Claims

| | | |
|---|---|---|
| MDOR | $3,380.40 | 60m |
| IRS | $12,042.36 | 60m |

### D.  Unsecured Claims

The Plan provides for a minimum 2% dividend payment to unsecured creditors in the amount of $145,248.05.

### E.  Other Pertinent Provisions

Unless otherwise ordered by the court, all property of the estate as defined in 11 U.S.C. §§541 and 1306, including but not limited to, any appreciation in the value of real property owned by the debtor(s) as of the commencement of the case, shall remain property of the estate during the term of the plan and shall vest in the debtor(s) only upon the discharge.  All property of the estate shall remain within the exclusive jurisdiction of the bankruptcy court.  The debtor(s) shall not transfer, sell or otherwise alienate property of the estate other than in accordance with the terms of the confirmed plan or other order of the bankruptcy court.  The debtor(s) shall be responsible for preserving and protecting property of the estate.

CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of this Order Confirming Chapter 13 Plan and Modification of Plan Prior to Confirmation, if any, was served, postage pre-paid upon the debtor(s), debtor's counsel of record, and all other interested parties who have filed a Notice of Appearance.

Dated: December 10, 2008                    Denise M. Pappalardo
                                            Chapter 13 Trustee


                                            By: /s/ Denise M. Pappalardo
                                                 Denise M. Pappalardo

SERVICE LIST

Herbert Weinberg, Esq
805 Turnpike Road
No. Andover, MA 01845

John K. Buck
28 West Meadow
Haverhill, MA 01832

Mitchell Levine, Esq.
Nair & Levin
707 Bloomfield Ave.
Bloomfield, CT 06002

James Wingfield, Esq.
Mirick O"Connell et al.
100 Front Street
Worcester, MA 01608